# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DIEGO MOLINA,

    Petitioner,

v.                                            CASE NO. 4:13cv278-RH/CAS

ERIC HOLDER et al.,

    Respondents.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 2. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. This case is transferred to the United States District Court for the Southern District of Florida, Miami Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on July 11, 2013.

                                                s/Robert L. Hinkle
                                                United States District Judge