IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DIEGO MOLINA,

    Petitioner,

v.                                      CASE NO. 4:13cv278-RH/CAS

ERIC HOLDER et al.,

    Respondents.

_____/

## AMENDED ORDER FOR TRANSFER

The report and recommendation, ECF No. 2, correctly concluded that this case should be transferred to the Middle District of Florida. But at the end, the recommendation was for transfer to the *Southern* District of Florida, a scrivener's error. The order that was signed on July 11, 2013 (but docketed earlier today, on July 12, 2013), ECF No. 4, correctly accepted the recommendation, but incorrectly carried forward the erroneous reference to the Southern District. This order corrects the error.

    IT IS ORDERED:

    1.    The order signed July 11, 2012, ECF No. 4, is VACATED.

Case No. 4:13cv278-RH/CAS

2.	The report and recommendation, ECF No. 4, is ACCEPTED and adopted as the court's opinion, except that the reference to the Southern District of Florida is deemed a reference to the Middle District of Florida.

3.	This case is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division.  The clerk must take all steps necessary to effect the transfer.

SO ORDERED on July 12, 2013.

s/Robert L. Hinkle<br>
United States District Judge